IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD TERRY                          :        CIVIL ACTION
                                      :
        v.                            :
                                      :        No. 11-3369
MIDLAND MORTGAGE CO, et al.           :

## ORDER

AND NOW, this   29th   day of November, 2011, the following motions are granted:

1. "Motion of Midland Mortgage Co. to Dismiss Plaintiff's Complaint" (docket no. 6); and

2. "Motion of Defendant Safeguard Properties, LLC to Dismiss Plaintiff's Complaint" (docket no. 13).

A memorandum accompanies this order.[1]

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] Because the action must be dismissed, plaintiff's "Discovery Request" (docket no. 9) and his "Request [for] Settlement Conference" (docket no. 19) are denied as moot.